**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6845**

---

UNITED STATES OF AMERICA,

                                      Plaintiff - Appellee,

      versus

CHRISTOPHER ROSEBORO,

                                      Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Walter E. Black, Jr., Senior District Judge. (CR-94-34-B, CA-98-74-B)

---

Submitted: October 8, 1999           Decided: Octoer 26, 1999

---

Before NIEMEYER, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Christopher Roseboro, Appellant Pro Se. Carmina Szunyog Hughes, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Roseboro seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Roseboro, Nos. CR-94-34-B; CA-98-74-B (D. Md. Apr. 16, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2